# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CASEY JANE HARRELL | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-2809 |
| SOLEBURY TOWNSHIP | : |

## ORDER

**AND NOW**, this 20th day of February 2020, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 38), Plaintiff's Motion in opposition to Defendant's Motion for summary judgment (ECF Doc. No. 49), and for reasons in the accompanying memorandum including finding no genuine issue of material fact precluding the entry of judgment as a matter of law on the Plaintiff's remaining claim of pregnancy and sex plus discrimination, it is **ORDERED**:

1. Defendant's Motion for summary judgment (ECF Doc. No. 38) is **GRANTED**;

2. Plaintiff's Motion in opposition to Defendant's Motion for summary judgment (ECF Doc. No. 49) is **DENIED**; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.